JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON MICHAEL SEYMOUR,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:21-cv-00619-DAD-BAM<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from March 21, 2022 to May 20, 2022, for Plaintiff to serve on defendant with Plaintiff's Opening Brief.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's second request for an extension of time.  Good cause exists for this extension.  As this Court is well aware, Social Security case filings in federal court increased due to a combination of factors including an increase in

1

appeals council decisions and an increase in hearings at the administrative levels. Then, as a result of the pandemic, shelter-in-place mandates, and Court ordered Stays, there were significant delays in producing transcripts. In recent months, Counsel for the Plaintiff has received a greater-than-usual number of Answers and Certified Administrative Records from defendant including over 60 cases in November and December 2021.

For the weeks of March 14, 2022 and March 21, 2022, Counsel for Plaintiff has 13 merit briefs, and several letter briefs and reply briefs. For the month of April 2022, Counsel has over 20 merit briefs currently calendared, with that number expected to grow.

Furthermore, Counsel for the Plaintiff has a pre-planned major surgery the week of March 14, 2022. Lastly, another attorney with the firm, Ms. Dolly Trompeter, is currently out of state due to her father's medical condition and as a result, the undersigned has taken on additional matters compounding the need for an additional extension.

Counsel for the Plaintiff does not intend to further delay this matter. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated:      February 23, 2022     PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
        JONATHAN OMAR PENA
        Attorneys for Plaintiff


Dated: February 23, 2022     PHILLIP A. TALBERT
                             United States Attorney
                             WILLY LE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

        Acting Regional Chief Counsel, Region X
        Social Security Administration

By: */s/ David J. Burdett*
    David J. Burdett
    Special Assistant United States Attorney
    Attorneys for Defendant
    (*As authorized by email on February 23, 2022)

# **ORDER**

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include May 20, 2022, in which to file Plaintiff's Opening Brief; and that all other deadlines set forth in the Court's Scheduling Order (Doc. 5) shall be extended accordingly.

IT IS SO ORDERED.

Dated: **March 10, 2022**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE